IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALPHONSO REED**, on behalf of himself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>**PINNACLE CREDIT SERVICES, LLC and JEFFERSON CAPITAL SYSTEMS, LLC.,**<br>Defendants. | : CIVIL ACTION<br>:<br>:<br>: NO. 09-544<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW**, this 11th day of August, 2009, upon consideration Defendants' Motion to Dismiss Amended Complaint (Document No. 12, filed April 30, 2009), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss the Amended Complaint (Document No. 15, filed May 14, 2009), and Defendants' Reply in Support of Motion to Dismiss Plaintiff's Amended Complaint (Document No. 18, filed May 26, 2009), **IT IS ORDERED** that Defendants' Motion to Dismiss Amended Complaint is **DENIED**.

BY THE COURT:

**FILED**
AUG 1 1 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

_____
JAN E. DUBOIS, J.