IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALPHONSO REED, on behalf of himself and all others similarly situated,**  Plaintiff, | : CIVIL ACTION  :  :  : NO. 09-544 |
| v. | : |
| **PINNACLE CREDIT SERVICES, LLC and JEFFERSON CAPITAL SYSTEMS, LLC.,** Defendants. | :  :  : |

## O R D E R

**AND NOW**, this 11th day of August, 2009, upon consideration Defendants' Motion to Dismiss Amended Complaint (Document No. 12, filed April 30, 2009), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss the Amended Complaint (Document No. 15, filed May 14, 2009), and Defendants' Reply in Support of Motion to Dismiss Plaintiff's Amended Complaint (Document No. 18, filed May 26, 2009), **IT IS ORDERED** that Defendants' Motion to Dismiss Amended Complaint is **DENIED**.

BY THE COURT:

*Jan E. DuBois*
JAN E. DUBOIS, J.

**FILED**
AUG 11 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk